James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Defendant Alltran Financial, LP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNGNAN LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLTRAN FINANCIAL, LP and JOHN DOES 1-25,<br><br>Defendants. | CASE NO.: 20-cv-08560-JAK-PVC<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

1
2
3  Dated: April 12, 2021                    Respectfully Submitted,

                                           SESSIONS, ISRAEL & SHARTLE, LLP

                                           */s/ James K. Schultz*
                                           James K. Schultz
                                           Attorneys for Defendant
                                           Alltran Financial Systems, Inc.