JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyungnan Lee, individually and on behalf of all others similarly situated,<br><br>Against<br><br>Alltran Financial, LP and John Does 1-25,<br><br>Defendant | No. 2:20-cv-08560-JAK<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 25)** |

Based on a review of the Joint Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice in its entirety. Each party shall bear his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 4, 2021

_____
John A. Kronstadt
United States District Judge